# EXHIBIT 3

Case 1:22-cv-01318-MN Document 1-3 Filed 10/06/22 Page 2 of 3 PageID #: 27

US006218930C2

(12) **EX PARTE REEXAMINATION CERTIFICATE** (10759th)

# United States Patent

**Katzenberg et al.**

(10) **Number: US 6,218,930 C2**
(45) **Certificate Issued: Nov. 9, 2015**

(54) **APPARATUS AND METHOD FOR REMOTELY POWERING ACCESS EQUIPMENT OVER A 10/100 SWITCHED ETHERNET NETWORK**

(75) Inventors: **Boris Katzenberg**, Trumbull, CT (US); **Joseph A. Deptula**, Watertown, CT (US)

(73) Assignee: **NETWORK-1 SECURITY SOLUTIONS, INC.**, Framingham, MA (US)

**Reexamination Request:**
No. 90/013,444, Feb. 16, 2015

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,218,930** |
| Issued: | **Apr. 17, 2001** |
| Appl. No.: | **09/520,350** |
| Filed: | **Mar. 7, 2000** |

Reexamination Certificate C1 6,218,930 issued Oct. 14, 2014

**Related U.S. Application Data**

(60) Provisional application No. 60/123,688, filed on Mar. 10, 1999.

(51) **Int. Cl.**
***H04L 12/10*** (2006.01)
*H04L 12/931* (2013.01)

(52) **U.S. Cl.**
CPC .............. ***H04L 12/10*** (2013.01); *H04L 49/351* (2013.01); *H04L 49/40* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/013,444, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Mark Sager

(57) **ABSTRACT**

Apparatus for remotely powering access equipment over a 10/100 switched Ethernet network comprises an Ethernet switch card with a phantom power supply for remote access equipment and added circuitry for automatic detection of remote equipment being connected to the network; determining whether the remote equipment is capable of accepting remote power in a non-intrusive manner; delivering the phantom power to the remote equipment over the same wire pairs that deliver the data signals, and automatically detecting if the remote equipment is removed from the network.



# EX PARTE REEXAMINATION CERTIFICATE

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **6** and **8**-**23** is confirmed.

Claims **1**-**5** and **7** were not reexamined.

* * * * *