IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.,<br><br>                    Plaintiff,<br>   v.<br><br>ARISTA NETWORKS, INC.,<br><br>                    Defendant. | C.A. No. 22-cv-1318-MN |

**STIPULATION TO STAY DEADLINES PENDING SETTLEMENT**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this matter are stayed for 30 days, as the parties finalize their settlement agreement.

| | |
|---|---|
| Date: January 24, 2023 | Respectfully submitted, |
| FARNAN LLP | Arista Networks, Inc. |
| */s/ Michael J. Farnan*<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: 302-777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | */s/ Nicholas D. Atchison*<br>Nicholas D. Atchison (CA 238675)<br>5453 Great American Parkway<br>Santa Clara, CA 95054<br>Tel: 408-547-8087<br>natchison@arista.com<br><br>*Attorney for Defendant* |

IT IS SO ORDERED this _____ day of January, 2023.

_____
The Honorable Maryellen Noreika

1