IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-cv-1318-MN |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Network-1 Technologies, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby provides notice that it dismisses all claims asserted by it in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses.

| | |
|---|---|
| Dated: February 7, 2023 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Gregory Dovel <br> Sean Luner <br> Richard Lyon <br> DOVEL & LUNER, LLP <br> 201 Santa Monica Blvd., Suite 600 <br> Santa Monica, CA 90401 <br> Tel: 310-656-7066 <br> Email: greg@dovel.com <br> Email: sean@dovel.com <br> Email: rick@dovel.com | /s/ Michael J. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Plaintiff* |